IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.    11-CV-00559-bbc |
| | ) |
| $5,839.00 UNITED STATES CURRENCY, | ) |
| | ) |
| Defendant. | ) |
| | ) |

ORDER FOR FINAL DEFAULT JUDGEMENT

The United States of America, by its attorney, John W. Vaudreuil, United States Attorney for the Western District of Wisconsin, by Elizabeth Altman, Assistant United States Attorney, filed a Verified Complaint of Forfeiture In Rem against the defendant $5,839.00 U.S. currency.

The complaint alleges that the defendant currency was furnished or intended to be furnished in exchange for a controlled substance, was proceeds traceable to such an exchange, or was money used or intended to be used to facilitate a violation of Title II of the Controlled Substances Act, 21 U.S.C. §§ 801 et seq. As such, these funds are subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6).

Notice of this action was accomplished by personal service to all persons known by the government to have an interest in the defendant currency.  Notice of the

forfeiture complaint was advertised on www.forfeiture.gov beginning September 16, 2011, for at least 30 consecutive days.  The notices required that any claimant file a claim in this action.

No claim, answer, or other responsive pleadings have been filed pursuant to Rule G (4) and (5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

The United States of America has made application to this Court for a default judgment to be entered; accordingly,

IT IS HEREBY ORDERED, ADJUDICATED, AND DECREED that:

1.      The Final Default Judgment of Forfeiture is hereby entered whereby all right, title, and interest in the defendant $5,839.00 U.S. currency, is conveyed to the Plaintiff, United States of America.

2.      The United States Marshal is directed to dispose of the defendant $5,839.00 U.S. currency in accordance with federal law.

DATED: _December 7, 2011_

                                        BY THE COURT:

                                        _Barbara B. Crabb_
                                        BARBARA B. CRABB
                                        United States District Judge

Entered this 8th day of _December_ 2011.

                                        _Peter Oppeneer_
                                        PETER OPPENEER,  Clerk of Court
                                        United States District Court

2